IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARLON VIDAL GARAY RIVERA, | * |
| Petitioner, | * |
| v. | * Civil Case No.: SAG-25-03358 |
| NIKITA BAKER, *et al.* | * |
| Respondents. | * |

\* \* \* \* \* \* \* \* \*

## ORDER

For the reasons stated on the record at today's court hearing, it is hereby ORDERED that:

(1) Respondents are temporarily enjoined from removing Petitioner from this country, pending the provision of factual information to this Court regarding (1) the timing of the Reasonable Fear Interview to be afforded to Petitioner and (2) the status of Respondents' efforts to obtain authorization for Petitioner's removal to Mexico. The government was unable to provide any information at the hearing relating to those two issues. This Court's injunction is limited to the actual physical removal of Petitioner from this country. Respondents are not enjoined from taking further steps to obtain necessary authorization to effectuate the removal. Upon receipt of those two pieces of information, this Court will determine expeditiously whether further injunctive relief is warranted.

(2) The standing order entered in this case expires at 4 pm today. Respondents' motion to dissolve, ECF 6, is therefore DENIED AS MOOT.

(3) The parties' agreed schedule for further briefing on the Petition, as stated in Court, is approved.

Dated: October 14, 2025

_____/s/_____
Stephanie A. Gallagher
United States District Judge