IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARLON VIDAL GARAY RIVERA

   Petitioner,

   v.

NIKITA BAKER, et al.

   Respondents.

Civil Action No.: SAG-25-03358

## ORDER

During today's hearing, the Petitioner made an oral motion to voluntarily dismiss this case without prejudice. The Court GRANTED the motion in open court. The Clerk is directed to CLOSE THIS CASE.

November 13, 2025
                                                /s/
                                         Stephanie A. Gallagher
                                         United States District Judge